PHILIP SULLIVAN ET AL. *v.* MARYANNE DELISA,
TRUSTEE OF THE MARY E. CROWELL
FAMILY HOME TRUST, ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 101 Conn. App. 605 (AC 25730), is denied.

ROGERS, C. J., did not participate in the consideration or decision of this petition.

*Philip Sullivan*, pro se, and *Charlotte Sullivan*, pro se, in support of the petition.

*Edward G. McAnaney*, in opposition.

Decided July 17, 2007